**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The application is GRANTED.  By **February 12, 2021**, the parties shall file a status letter.  If any development in the bankruptcy proceeding will immediately affect this case, the parties shall inform the Court by letter within two business days.

SO ORDERED

Dated:  October 16, 2020
           New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  *United States of America v. Gray et al.*, No. 18-CV-5531

Dear Judge Schofield:

    Pursuant to the Court's order dated November 13, 2018, the United States submits this status update jointly with the parties that have appeared or are known to be represented by counsel in this matter, Roger Gray, Shelley Gray, Center Line Studios, and the Workers' Compensation Board of The State of New York.

    Since the parties' joint letter dated August 10, 2020, the Grays have made two payments pursuant to the bankruptcy court's order confirming their Second Amended Reorganization Plan ("the Plan").  The parties request that this case remain stayed to monitor for regular monthly payments toward the Small Business Administration's claim.  If the Grays demonstrate six months of compliance with the Plan, the United States will agree to voluntarily dismiss this foreclosure action without prejudice.  If the Grays default on the Plan, however, the United States will seek to reinstate this foreclosure action and pursue a judicial sale of the property.

    The parties request to adjourn the next status report to February 12, 2021, at which time they will have a better sense of whether further action in this Court may be necessary.  If the Court requires additional information related to this matter, the parties will provide it promptly.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By: */s/ Melissa A. Childs*
    MELISSA A. CHILDS
    Assistant United States Attorney
    86 Chamber Street, 3rd Floor
    New York, NY 10007
    Telephone: (212) 637-2711
    Facsimile:  (212) 637-2717

Email: melissa.childs@usdoj.gov

Agreed by email dated October 14, 2020:

| | |
|---|---|
| O'CONNELL AND ARONOWITZ<br>*Attorney for Defendants Roger Gray, Shelley Gray, and Center Line Studios*<br>By: */s/ Peter A. Pastore*<br>PETER A. PASTORE<br>54 State Street<br>Albany, NY 12207<br>Tel.: (518) 462-5601<br>Fax: (518) 462-2670<br>Email: papastore@oalaw.com | HENRY & ASSOCIATES PLLC<br>*Attorney for Defendant the Workers' Compensation Board of The State of New York*<br>By: */s/ Stephanie A. Henry*<br>STEPHANIE A. HENRY<br>NYS Workers' Compensation Board<br>Litigation Division<br>328 State Street, 2nd Floor<br>Schenectady, NY 12305<br>Tel.: (518) 402-9540<br>Fax: (518) 473-4761<br>Email: stephanie.henry@wcb.ny.gov |